# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00449-CV

### Donald G. Hayes and Margaret A. Hayes, Appellants

### v.

### William Varney, Sylvia Varney and Fredericksburg Herb Farm, Appellees

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. GN000359, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

**PER CURIAM**

Appellants Donald and Margaret Hayes and appellees William Varney, Sylvia Varney, and Fredericksburg Herb Farm have filed an agreed motion to dismiss, informing this Court that the parties have resolved their dispute and no longer desire to prosecute this appeal and requesting this Court to dismiss the appeal with prejudice. We grant the motion and dismiss this appeal with prejudice. Tex. R. App. P. 42.1(a)(1).

Before Justices Kidd, Yeakel and Patterson

Dismissed on Agreed Motion

Filed: October 18, 2001

Do Not Publish